IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DERRICK JONES**                                                                    **PETITIONER**

V.                                         CIVIL ACTION NO. 3:18-CV-858-KHJ-LGI

**WARDEN C. RIVERS**                                                            **RESPONDENT**

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [28] of United States Magistrate Judge LaKeysha Greer Isaac. That Report recommends that this Court deny the petition for writ of habeas corpus [1] filed by Derrick Jones. Written objections to the Report were due by January 28, 2021. [28]. Three days before that deadline, however, Jones informed the Court he had not yet received a copy of the Report. [29]. For that reason, a second copy of the Report was mailed to Jones, and the Court afforded him another fourteen-day period to file written objections. The Report notified the parties that failure to file written objections to the findings and recommendations by that date would bar further appeal in accordance with 28 U.S.C. § 636. [28].

This Court, finding that there has been no submission of written objections by any party, adopts the Report and Recommendation [28] as the Order of this Court. This case is dismissed with prejudice. A separate Final Judgment will issue this day.

SO ORDERED, this the 17th day of February, 2021.

*s/ Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE
